Zantaz Enter. Archive Solution, LLC v Bank of Nova Scotia (2025 NY Slip Op 05410)

Zantaz Enter. Archive Solution, LLC v Bank of Nova Scotia

2025 NY Slip Op 05410

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, OGDEN, GREENWOOD, AND HANNAH, JJ.

732 CA 24-01454

[*1]ZANTAZ ENTERPRISE ARCHIVE SOLUTION, LLC, FORMERLY KNOWN AS CAPAX DISCOVERY, LLC, PLAINTIFF-RESPONDENT,
v
THE BANK OF NOVA SCOTIA, DEFENDANT-APPELLANT. 

DAVIS WRIGHT TREMAINE LLP, NEW YORK CITY (BARRY S. GOLD OF COUNSEL), FOR DEFENDANT-APPELLANT. 
DUKE, HOLZMAN, PHOTIADIS & GRESENS, LLP, BUFFALO (STEVEN W. KLUTKOWSKI OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Emilio Colaiacovo, J.), entered July 30, 2024. The order denied the motion of defendant to dismiss the second amended complaint. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 10, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court